IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Civil Action No. 21-4064 |
| DARYL ROTHMUND, | : | |
|     Debtor. | : | Bankruptcy No. 18-12225-mdc |
| | : | |
| JENZACK PARTNERS, LLC, | : | Adversary No. 19-00143-mdc |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DARYL ROTHMUND, | : | |
|     Defendant. | : | |
| DARYL ROTHMUND, | : | |
|     Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| JENZACK PARTNERS, LLC, | : | |
|     Appellee. | : | |

**O R D E R**

**AND NOW**, this 28th day of September, 2022, upon review of the parties' briefs in this matter together with a review of the record from the bankruptcy proceedings, and after oral argument being held, it is hereby **ORDERED** as follows:

1. The final order of the Bankruptcy Court entered on August 31, 2021, granting summary judgment in favor of Jenzack Partners, LLC, is **AFFIRMED**; and

2. This matter shall be **CLOSED**.

                                                       **BY THE COURT:**

                                                   **/s/ Jeffrey L. Schmehl**
                                                   Jeffrey L. Schmehl, J.